# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, DC

## UNITED STATES
**v.**
## Jeffrey E. WILLIAMS
### Seaman, U.S. Coast Guard

## CGCMG 0125
## Docket No. 1084

## 26 September 1997

General Court-Martial convened by Commander, Maintenance & Logistics Command Pacific. Tried at Thirteenth Coast Guard District, Seattle, Washington, on 20-21 November 1996.

| | |
|---|---|
| Military Judge: | CAPT Lane I McClelland, USCG |
| Trial Counsel: | LTJG Derek A. D'Orazio, USCGR |
| Detailed Defense Counsel: | LT James A. Link, JAGC USNR |
| Appellate Defense Counsel: | LT Richard R. Beyer, USCGR |
| Appellate Government Counsel: | LT William G. Rospars, USCG |

## BEFORE

## PANEL FOUR
## BAUM, KANTOR AND WESTON
Appellate Military Judges

Per Curiam:

Appellant was tried by a general court-martial before a military judge sitting without members. After mixed pleas, entered in accordance with a pretrial agreement, he was convicted of the following offenses: attempted larceny, failure to obey a lawful order, larceny (28 specifications), forgery (ten specifications), uttering a check without sufficient funds (three specifications) and dishonorably stopping payment on a check, in violation of Articles 80, 92, 121, 123, 123a, and 134 of the Uniform Code of Military Justice (UCMJ), 10 USC §§880, 892, 921, 923, 923a, and 934, respectively. The judge

sentenced appellant to four years confinement, reduction to the lowest enlisted pay grade, forfeiture of all pay and allowances, and a dishonorable discharge. The convening authority changed the dishonorable discharge to a bad conduct discharge and approved the sentence as modified, but suspended execution of that part of the sentence adjudging confinement in excess of 270 days, all of which was within the terms of the pretrial agreement.

Before this Court, without admitting that the findings and sentence are correct in fact and law, Appellant has submitted his case on its merits as to any and all issues. The thirty days allotted to the Government for filing an answer under Rule 15 of the Court Rules have elapsed without a submission by the Government. Accordingly, the Court has reviewed the record in accordance with Article 66, UCMJ, without a Government response. Upon such review, the findings and sentence are determined to be correct in law and fact and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved and partially suspended below, are affirmed.

Chief Judge BAUM and Judges KANTOR and WESTON concur.

For the Court

R. Hamish Waugh
Clerk of the Court

*Author: Dave Dickey*
*Last updated:* March 10, 2011